UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20828-CIV-LENARD/WHITE

**STEVEN A. McGEE**,

        Petitioner

vs.

**WARDEN McGREW, et al**,

        Respondents.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE (D.E. 31) AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 31), issued on September 9, 2011.  In his Report, Magistrate Judge White recommends that Plaintiff Steven McGee's Petition for Writ of Habeas Corpus (D.E. 1), filed on March 10, 2011, be dismissed for failure to exhaust administrative remedies.  (Report at 8-9.)   The Report also provides that any objections may be filed within fourteen days of its receipt by the parties.  To date, no objections to the Report have been filed.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report.  *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

    1.    The Report and Recommendation of the Magistrate Judge (D.E. 31), issued

on September 9, 2011, is **ADOPTED.**

2. Petitioner Steven McGee's Petition for Writ of Habeas Corpus (D.E. 1), filed on March 10, 2011, is **DISMISSED**.

3. All pending motions and Reports and Recommendations are DENIED as moot.

4. This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of September, 2011.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**